# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CENTRAL PENN CAPITAL MANAGEMENT, LLC,

        Respondent

        v

JONATHAN VALENTIN,

        Petitioner

No. 95 EM 2022

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of February, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner is allotted 15 days in which to file a compliant Petition for Allowance of Appeal.

A True Copy Phoenicia D. W. Wallace, Esquire
As Of 02/28/2023

Attest: *Phoenicia D. W. Wallace*
Deputy Prothonotary
Supreme Court of Pennsylvania